FILED
2011 Jan-14  AM 10:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LOUIE JACOB MAULDIN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:10-cv-02351-JHH-JEO |
| AMBER WESTRICK, *et al.*, | ) |
| Defendants. | ) |

## **MEMORANDUM OF OPINION**

The magistrate judge filed a report on December 6, 2010, recommending that the federal claims in this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The magistrate judge further recommended that any state law claims asserted in the complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3). Although the plaintiff was advised of his right to file specific written objections within fifteen days, he has failed to respond to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, the plaintiff's federal claims are due to be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). Any state law claims asserted in the

complaint are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

A Final Judgment will be entered.

    **DONE** this the ___14th___ day of January, 2011.

                                                         /s/ James H. Hancock
                                          SENIOR UNITED STATES DISTRICT JUDGE